**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02642-RM-MJW

BRENDA ANDERSON,
AMY BRIDGES,
ANDREA DALY,
DAVID FARR,
DANIELLE GASTON,
AMANDA GETSKOW,
JOSLIN GUTZKE,
CODY HALBROOK,
CANDACE HARVEY,
JENNIFER HERMANNS,
ELLEN LEJEUNE,
MICHAEL MARTINEZ,
JENNIFER MATTHEWS,
JESSICA MCCASLAND,
KHRISTEN SALAZAR,
DAVID SCHNEIDER,
JAMES TALMAGE,
JOSEPH TRUJILLO,
CHYRISE BAY, as executor of the Estate of Paul Voit, and
LEAH GAIDE,

    Plaintiffs,

v.

WALGREEN CO., d/b/a Walgreens,

    Defendant.

## ORDER

This matter is before the Court on the parties' "Joint Motion to Stay All Proceedings And, Following Stay, to Permit a Second Amended Complaint" ("Motion"). (ECF No. 13.) For the following reasons, the Court GRANTS the Motion.

On September 30, 2014, Plaintiffs filed their First Amended Complaint alleging Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. (ECF No. 5 ¶ 3.) Defendant waived formal service of the First Amended Complaint. (ECF No. 7.)

The parties have engaged in preliminary discussions regarding the propriety of some of the named Plaintiffs and the pleading allegations with respect to each Plaintiff. (ECF No. 13 at 2.) The parties believe that this lawsuit will be resolved through settlement discussions or, if it is not, that Plaintiffs' First Amended Complaint will need to be amended in order to satisfy applicable pleading standards. (ECF No. 13 at 2.)

Being advised of the premises of the Motion, the Court finds good cause to stay this matter and GRANTS the Motion (ECF No. 13). Specifically, the Court:

(1) STAYS all deadlines and proceedings in this action until March 14, 2015;

(2) GRANTS Plaintiffs leave until March 20, 2015 to file a Second Amended Complaint against Defendant;

(3) If Plaintiffs file a Second Amended Complaint, Defendant has until April 10, 2015 to answer or otherwise respond to such pleading; and

(4) If Plaintiffs do not file a Second Amended Complaint within the time permitted, Defendant has until March 27, 2015 to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 5).

DATED this 5th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge