IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02642-RM-MJW

BRENDA ANDERSON,
AMY BRIDGES,
ANDREA DALY,
DAVID FARR,
DANIELLE GASTON,
AMANDA GETSKOW,
JOSLIN GUTZKE
CODY HALBROOK,
CANDACE HARVEY,
JENNIFER HERMANNS,
ELLEN LEJEUNE,
MICHAEL MARTINEZ,
JENNIFER MATTHEWS
JESSICA MCCASLAND,
KHRISTEN SALAZAR,
DAVID SCHNEIDER,
JAMES TALMADGE,
JOSEPH TRUJILLO,
CHYRISE BAY, *as Executor of the Estate of Paul Voit*, and
LEAH GAIDE,

Plaintiffs,

v.

WALGREEN CO., *doing business as Walgreens*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Parties' Joint Motion to Stay All Deadlines and Proceedings (docket no. 19) is GRANTED finding good cause shown. All discovery and deadlines are STAYED until June 5, 2015. The parties shall file with this court a written status report or dismissal papers on or before June 8, 2015.

Date: April 6, 2015